# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY ANDREW COOPER,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>LELAND DUDEK, Acting,<br>Commissioner of Social Security<br>Administration,<br><br>　　　　　Defendant. | Case No. 5:23-cv-01487-SP<br><br>**JUDGMENT** |

IT IS HEREBY ADJUDGED that the decision of the Commissioner of the Social Security Administration is **REVERSED** and this matter **REMANDED**, pursuant to sentence four of 42 U.S.C. § 405(g) for further administrative proceedings consistent with the court's Memorandum Opinion and Order filed contemporaneously with the filing of this Judgment.

Dated: March 25, 2025

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　SHERI PYM
　　　　　　　　　　　　　　　　　United States Magistrate Judge